UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIWALOLA OLADIJI SHOYINKA,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. CV 12-10272 AHS (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the Petition and action is dismissed for the reasons in the Court's corresponding Order.

Dated: January 11, 2013

ALICEMARIE H. STOTLER
SENIOR JUDGE